IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

STEFAN IACOB,                                                      CV. 09-1221-MA

         Petitioner,                                              ORDER

   v.

BRIAN BELLEQUE,

         Respondent.

MARSH, Judge

   Petitioner's motion for voluntary dismissal (#10) is GRANTED.
This proceeding is DISMISSED, without prejudice.

   IT IS SO ORDERED.

   DATED this _1__ day of February, 2010.


                                      _/s/  Malcolm F. Marsh_____
                                      Malcolm F. Marsh
                                      United States District Judge