IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

STEFAN IACOB,                                              CV. 09-1221-MA

        Petitioner,                                    JUDGMENT

  v.

BRIAN BELLEQUE,

        Respondent.

MARSH, Judge

    Based on the Record,

    IT IS ORDERED AND ADJUDGED that this Action is DISMISSED, without prejudice.  Because petitioner has not made a substantial showing of the denial of a constitutional right, a certificate of appealability is DENIED.  <u>See</u> 28 U.S.C. § 2253(c)(2).

    IT IS SO ORDERED.

    DATED this _1__ day of February, 2010.


                                    _/s/  Malcolm F. Marsh_____
                                    Malcolm F. Marsh
                                    United States District Judge


1 -- JUDGMENT